JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSTON HUGHES, | Case No. CV 12-3075-JAK (RNB) |
| Petitioner, | |
| vs. | JUDGMENT |
| VIMAL SINGH, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 31, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE