JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSTON HUGHES,<br><br>    Petitioner,<br><br>vs.<br><br>VIMAL SINGH, Warden,<br><br>    Respondent. | Case No. CV 12-3075-JAK (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 31, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE